UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPH A. FERRARA, SR., et. al.,

        Plaintiffs,

- against -

LETICIA, INC.,

        Defendant.
-------------------------------------------------------------------X

**ORDER**
09-CV-3032 (RRM)(CLP)

MAUSKOPF, United States District Judge:

      On October 9, 2013, plaintiffs notified the Court that defendant Leticia, Inc. filed for bankruptcy in the United States Bankruptcy Court for the District of New Jersey (Case No. 13-32143), and requested that this matter be stayed. *See* Doc. No. 114. October 17, 2013, Magistrate Judge Cheryl L. Pollak entered that stay, *see* Electronic Order dated 10/17/2013, and has since directed the filing of periodic status reports. *See, e.g.,* Electronic Orders of 12/2/2013, 1/6/2014, 3/28/2014, and 9/18/2014. Immediately prior to the notification, Leticia's attorney moved to withdraw, citing the bankruptcy filing as well as other grounds. *See* Doc. No. 112. Pursuant to the last Status Report, the bankruptcy proceeding is ongoing, and defendant Leticia, Inc. has hired bankruptcy counsel to represent it in that proceeding. Plaintiffs' counsel has continued to provide Leticia's counsel in this matter with the Status Reports.

      In light of the posture of this matter, the Court hereby orders that this case be administratively closed without prejudice to any party's right to reopen upon letter request within 30 days of the resolution of the bankruptcy proceeding, or upon any other event that would permit the action in this court to move forward. The motion of Leticia's counsel to withdraw (Doc. No. 112) is denied at this time without prejudice to renew on these same terms.

      The Clerk of Court is directed to close the case.

                                              SO ORDERED.

Dated: Brooklyn, New York
         September 22, 2014

                                      *Roslynn R. Mauskopf*
                                      _____
                                      ROSLYNN R. MAUSKOPF
                                      United States District Judge