Case 13-32043-LMRM    Doc 61    Filed 02/10/15    Entered 02/10/15 14:35:46    Desc Final

Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

>Case No.: 13−32143−NLW
>Chapter: 7
>Judge: Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leticia, Inc.
   640 Irvington Avenue
   Hillside, NJ 07205

Social Security No.:

Employer's Tax I.D. No.:
   22−3304955

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Robert B. Wasserman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 10, 2015          Novalyn L. Winfield
                                  Judge, United States Bankruptcy Court